**STATE OF MONTANA,**
    **Plaintiff,**                      **CAUSE NO. DC-13-089**
**-vs-**                                   **DECISION**
**RANDY STEINBACH,**
    **Defendant.**

On March 22, 2016, the Defendant was sentenced to the Montana State Prison for five (5) years to run consecutive the sentence in Sanders County Cause No. DC-12-018. Defendant received credit for time served in the amount of seventy-nine (79) days. The terms and conditions of the suspended portion of the Judgement are the same as those contained in the Judgment filed with the Court on June 20, 2013.

On August 5, 2016, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant was present and was represented by Brent Getty of the Office of the State Public Defender. The State was not represented.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 12, Rules of the Sentence Review Division of the Supreme Court of

Montana, provides that, "The sentence imposed by the District Court is presumed correct. The sentence shall not be reduced or increased unless it is clearly inadequate or clearly excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is clearly inadequate or clearly excessive.

Therefore, it is the unanimous decision of the Division that the sentence is **AFFIRMED**.

Done in open Court this 5th day of August, 2016.

DATED this 24th day of August, 2016.

Hon. Brenda Gilbert, Chairperson, Hon. Kathy Seeley, Member and Hon. Brad Newman, Member.